IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
|---|---|
| *Spychalla v. AVCO Corporation, et al.,* | WI E.D. Case No. 11-C-497<br><br>Remanded from E.D. PA 12-CV-60004 |

**Order**
___

This matter coming to be heard on the parties' Joint Stipulation to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(2), IT IS HEREBY ORDERED that defendant General Electric Company, is dismissed with prejudice with each party to bear its own costs. It is further ORDERED that the parties are granted leave to reinstate this matter in the event of any settlement disputes within 60 days from the date of this order.

Dated this 2nd day of November, 2015.

                                                      s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    U.S. District Court